**No. 60503.**—L. E. McCullough & Company v. United States, protests 179103–K, etc. (St. Louis).

413

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of fiberglas insulation, containing a small percentage of synthetic resin, similar in all material respects to that the subject of *L. E. McCullough & Company* v. *United States* (36 Cust. Ct. 127, C. D. 1763), the claim of the plaintiff was sustained.